1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 TIFFANY MCBRYDE, | No. 2:25-cv-01474-DC-CSK (PS) |
| 12           Plaintiff, | |
| 13      v. | ORDER RELATING AND REASSIGNING CASE |
| 14 1-800-PACK-RAT LLC, | |
| 15           Defendant. | |
| 16 | |
| 17 HANEE PETERMAN, | No. 2:25-cv-01489-DC-CKD (PS) |
| 18           Plaintiff, | **New Case No. 2:25-cv-01489-DC-CSK (PS)** |
| 19      v. | |
| 20 1-800-PACK-RAT LLC, | |
| 21           Defendant. | |
| 22 TIFFANY MCBRYDE C/O TIFFANY MCBRYDE AND PETERMAN LIVING TRUST, | No. 2:25-cv-01498-DJC-CKD (PS) |
| 23 | **New Case No. 2:25-cv-01498-DC-CSK (PS)** |
| 24           Plaintiff, | |
| 25      v. | |
| 26 1-800-PACK-RAT LLC, | |
| 27           Defendant. | |
| 28 | |

1

1  An examination of the above-captioned actions reveals that they are related within the
2  meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the
3  same district judge and magistrate judge will promote substantial efficiency and economy for the
4  court and is likely to be convenient for the parties.

5  An order relating cases under this court's Local Rule 123 merely assigns them to the same
6  district judge and magistrate judge—it does not consolidate the cases. The local rules of this
7  district authorize the district judge with the lowest numbered case to order the reassignment of
8  any higher numbered cases to himself or herself, upon determining that this assignment is likely
9  to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court
10 orders that Case No. 2:25-cv-01489-DC-CKD and Case No. 2:25-cv-01498-DJC-CKD are
11 reassigned to the undersigned and Magistrate Judge Chi Soo Kim. The caption on documents
12 filed in the reassigned cases shall reflect the judge assignments "DC-CSK" in the case number.

13 It is further ordered that the Clerk of the Court make appropriate adjustment in the
14 assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  **June 22, 2025**

Dena Coggins
United States District Judge

2